**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**

**AT JACKSON**

**SEPTEMBER 1997 SESSION**

FILED

September 17, 1997

Cecil Crowson, Jr.
Appellate Court Clerk

| | |
|---|---|
| **STATE OF TENNESSEE,** ) | |
| ) | **NO. 02C01-9610-CR-00377** |
| Appellee, ) | |
| ) | **SHELBY COUNTY** |
| **VS.** ) | |
| ) | **Hon. Bernie Weinman, Judge** |
| **RANDY S. WATSON,** ) | |
| ) | (Habitual Motor Vehicle Offender) |
| Appellant. ) | |

**FOR THE APPELLANT:**

**BRETT B. STEIN**
100 N. Main Street
Number 3102
Memphis, TN 38103

**FOR THE APPELLEE:**

**JOHN KNOX WALKUP**
Attorney General and Reporter

**KENNETH W. RUCKER**
Assistant Attorney General
Criminal Justice Division
450 James Robertson Parkway
Nashville, TN 37243-0493

**WILLIAM L. GIBBONS**
District Attorney General

**REGINALD HENDERSON**
Assistant District Attorney General
201 Poplar Avenue, Suite 301
Memphis, TN 38103

**OPINION FILED:** _____

**AFFIRMED**

**JOE G. RILEY,**
**JUDGE**

**O P I N I O N**

Appellant contends the Habitual Motor Vehicle Offender Act (HMVO Act) violates double jeopardy principles. On May 9, 1996, appellant was declared an Habitual Motor Vehicle Offender (HMVO) based upon appropriate prior convictions. His motion to dismiss based upon double jeopardy was denied.

We AFFIRM the order of the trial court.

## DOUBLE JEOPARDY AND THE HMVO ACT

State v. Conley, 639 S.W.2d 435, 437 (Tenn. 1982), found the double jeopardy defense to be unavailable to the HMVO declaration since the revocation of driving privileges is remedial and not punitive in nature. This reasoning has been followed in recent months by this Court in State v. Spears, C.C.A. No. 02C01-9606-CR-00197 (Tenn. Crim. App. filed July 10, 1997, at Jackson), and State v. Rowlett, C.C.A. No. 01C01-9605-CC-00211 (Tenn. Crim. App. filed August 22, 1997, at Nashville). Upon review of the record before us, we find nothing to cause us to hold differently.

## CONCLUSION

For the foregoing reasons, we AFFIRM the judgment of the trial court.

_____
JOE G. RILEY, JUDGE

CONCUR:

_____
JOE B. JONES, PRESIDING JUDGE

_____
DAVID H. WELLES, JUDGE

2